Matter of Sack (2025 NY Slip Op 07368)





Matter of Sack


2025 NY Slip Op 07368


Decided on December 31, 2025


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered:December 31, 2025

PM-297-25
[*1]In the Matter of Kimberly Mary Sack, an Attorney. (Attorney Registration No. 2280733.)

Calendar Date:December 29, 2025

Before:Garry, P.J., Clark, Reynolds Fitzgerald, McShan and Powers, JJ.

Kimberly Mary Sack, Glendale, Massachusetts, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.



Per Curiam.
Kimberly Mary Sack was admitted to practice by this Court in 1989 and lists a business address in Glendale, Massachusetts with the Office of Court Administration. Sack now seeks leave to resign from the New York bar for nondisciplinary reasons (see  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Sack's application.
Upon reading Sack's affidavit sworn to November 12, 2025 and filed November 17, 2025, and upon reading the December 23, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Sack is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Clark, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ORDERED that Kimberly Mary Sack's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Kimberly Mary Sack's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Kimberly Mary Sack is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Sack is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Kimberly Mary Sack shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.









